Dominic SIMPSON *v.* STATE of Arkansas

CR 01-684                                          48 S.W.3d 533

Supreme Court of Arkansas
Opinion delivered July 9, 2001

*Mark S. Frasier*, for appellant.

No response.

PER CURIAM. Petitioner, Dominic Simpson, by his attorney Mark S. Fraiser, Chief Public Defender, Garland County Public Defender's Office, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in. Criminal Cases,* 265 Ark. 964.